IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ, an individual; ALEXANDRIA BLACKWELL, an individual; BRYANT HERNANDEZ, an individual; CHARLENE CANNON, an individual; ERIC GREIMANN, an individual; ISABELLA ISLAS, an individual; LISA LEON, an individual; SKYMEISHA BUTTS, an individual; and OSCAR GARCIA, an individual; each as an individual and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC, f/k/a Lowe's Home Centers, Inc.; and Does 1-50, inclusive,<br><br>        Defendants. | CASE NO. 3:23-cv-00453-MMC<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO TRANSFER ACTION**<br><br>Date Action Filed: January 31, 2023 |

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation to Transfer Action, and good cause appearing therefore, hereby **ORDERS**:

1. This matter shall be **TRANSFERRED** to the District Court for the Southern District of California;

2. All deadlines shall be **VACATED** with any new deadlines to be set by the District Court for the Southern District of California;

3. Lowe's Motion to Dismiss or Transfer Action is denied as **MOOT**; and

4. Lowe's deadline to file a responsive pleading is **STAYED** pending a new deadline to be set by the District Court for the Southern District of California.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2023

_____
The Honorable Maxine M. Chesney
United States District Judge